IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
:
ADAM J. DARCY, :
:
        Plaintiff, : Civil No. 04-5907 (RBK)
:
        v. : **ORDER**
:
NEW JERSEY TRANSIT RAIL :
OPERATIONS, INC., :
:
        Defendant and :
        Third-Party Plaintiff, :
:
        v. :
:
ATLANTIC COUNTY IMPROVEMENT :
AUTHORITY, :
:
        Third-Party Defendant and :
        Fourth-Party Plaintiff, :
:
        v. :
:
SMG f/k/a SPECTATOR MANAGING :
GROUP, :
:
        Fourth-Party Defendant :
_____:

     THIS MATTER having come before the Court upon cross-motions for summary judgment by Third-Party Plaintiff New Jersey Transit Rail Operations, Inc. ("NJT") and Third-Party Defendant Atlantic County Improvement Authority ("ACIA"), disputing the issue of whether ACIA is contractually obligated to indemnify NJT for any injuries suffered by Plaintiff

Adam J. Darcy that are found to have resulted from NJT's negligence; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

      IT IS HEREBY **ORDERED** that ACIA's motion (Docket Entry No. 29) is **GRANTED**; and

      IT IS FURTHER **ORDERED** that NJT's motion (Docket Entry No. 28) is hereby **DENIED**.


Dated: May 8, 2007                                      s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge